IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.           : **CIVIL NO: C-1-00-0896**
              : **JUDGE SPIEGEL**
              : **MAGISTRATE JUDGE HOGAN**

**JOE RIVERS, III,**

    **Defendant.**

### SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

              Respectfully submitted,

              GREGORY G. LOCKHART
              United States Attorney

              s/Deborah F. Sanders
              DEBORAH F. SANDERS (0043575)
              Assistant United States Attorney
              303 Marconi Blvd, Suite 200
              Columbus, Ohio 43215
              (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Joe Rivers, III, 2068 Bluehill Dr., Cincinnati, OH 45240 by first class mail, postage prepaid, this 27th day of June, 2006.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney